IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **HAROLD L. DORTCH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv334-MHT |
| ) | (WO) |
| **PATRICE RICHIE JONES,** ) | |
| **Warden, et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order prohibiting a correctional officer from harassing and assaulting him and from tampering with his mail. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 56) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 55) is adopted.

(3) The motion for preliminary injunction (doc. no. 43) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 24th day of February, 2021.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE