IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAROLD L. DORTCH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:20cv334-MHT |
| ) | (WO) |
| PATRICE RICHIE JONES, ) | |
| Warden, et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that plaintiff's second motion for preliminary injunction (Doc. 48)* is denied for the reasons set forth in the recommendation of the United States Magistrate Judge (Doc. 55) as to plaintiff's first motion for preliminary injunction (Doc. 43).

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 13th day of September, 2021.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE

---

   * Plaintiff filed the motion as a motion for temporary restraining order, but the court construed it as a motion for preliminary injunction. *See* Order (Doc. 50).