IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HAROLD L. DORTCH,              )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )       2:20cv334-MHT
                               )           (WO)
PATRICE RICHIE JONES,          )
Warden, et al.,                )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that he was stabbed by another inmate, housed in a dangerous location, and denied medical care due to the deliberate indifference of the defendant correctional officials, that he suffered retaliation for filing suit against correctional officials, and that a defendant correctional officer tripped him and denied him access to his mail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment

should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2023.

                               /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**